JMR/2018R00514

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 20- 356 (RMB) |
| v. | : | |
| GLORIA VALENTIN | : | 26 U.S.C. § 7206(2) |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

<u>The Defendant and Other Entities</u>

1. At all times relevant to this Information:

    a. Defendant GLORIA VALENTIN was a resident of Cherry Hill, New Jersey. Defendant VALENTIN owned and operated GNG Business Solutions, a tax preparation business located in Cinnaminson, New Jersey.

    b. The Internal Revenue Service ("IRS") was a constituent agency of the United States Department of Treasury and part of the Executive Branch of the Government, responsible for administering and enforcing the tax laws of the United States and collecting taxes owed to the Treasury of the United States, and providing refunds of taxes overpaid.

2. For the tax years 2014 through 2017, defendant GLORIA VALENTIN:

    a. met with individual taxpayers ("the clients") at GNG Business Solutions and obtained information and documents from the clients

1

to prepare their U.S. individual income tax returns, Form 1040, in exchange for a fee or reviewed and approved income tax returns prepared by her employees;

      b.    prepared false and fraudulent U.S. individual income tax returns by: fabricating and inflating itemized deductions, including, but not limited to, Schedule A deductions for vehicle expenses, meals and entertainment expenses, on Schedule A of the client's returns in order to obtain refunds for her clients in amounts greater than that to which they were entitled, thereby increasing their tax refunds;

      c.    deducted these items despite the fact that her clients had not incurred such expenses, had not submitted documentary evidence to substantiate these expenses and had not represented that they incurred such expenses;

      d.    charged clients a fee for her services which ranged from $100 to $125 per return; and

      e.    filed the false and fraudulent U.S. Income Tax Returns with the IRS electronically and by U.S. Mail.

      3.    Defendant GLORIA VALENTIN prepared approximately 60 U.S. Individual federal income tax returns on behalf of approximately 27 clients for tax years 2014 through 2017 which were filed with the IRS between 2015 and 2018. Those returns contained falsely claimed fraudulent items and credits. Those returns caused a loss to the United States Treasury in excess of $201,896.

4. From in or about 2015 to 2018, in Burlington County, in the District of New Jersey, and elsewhere, defendant

GLORIA VALENTIN

did knowingly and willfully aid, assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Form 1040 Returns, for approximately 27 individuals, which were false and fraudulent as to material matters, that was Schedule A deductions, in the total sum of approximately $201,896, as the defendant knew that the returns were false and fraudulent and that the individuals were not entitled to the Schedule A deductions.

In violation of Title 26, United States Code, Section 7206(2).

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 20-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

GLORIA VALENTIN

INFORMATION FOR

26 U.S.C. § 7206(2)

CRAIG CARPENITO
U.S. Attorney,
Newark, New Jersey

JASON M. RICHARDSON
Assistant U.S. Attorney
Camden, New Jersey
(856) 757-5026

USA-48AD8
(Ed. 1/97)