PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Gloria Valentin    Cr.: 20-00356-001
PACTS #: 55841

Name of Sentencing Judicial Officer:    THE HONORABLE RENEE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/31/2021

Original Offense:    Count One: Aiding and Assisting the Preparation of False Income Tax, 26 U.S.C. § 7206(2); a Class E Felony

Original Sentence: 5 years probation

Special Conditions: Special Assessment, Restitution -$201,896, Financial Disclosure, Cooperate with IRS, Location Monitoring Program(6-months-Completed), Mental Health Treatment, No New Debt/Credit, Employment Requirements/Restrictions, Read a Book, Letter to the Court

Type of Supervision: Probation                          Date Supervision Commenced: 08/31/2021

## INTERNATIONAL TRAVEL REQUEST

Ms. Valentin is requesting to travel to Dominican Republic to visit family. She will be traveling with her husband, Jose Valentin, from May 9, 2025, to May 20, 2025. She will be traveling via Spirit Airlines and is scheduled to depart from Philadelphia, PA airport on May 9, 2025, to land in Orlando, Florida for a connecting flight with JetBlue to Santo Domingo, Dominican Republic. She will return from Dominican Republic on May 20, 2025. Ms. Valentin will be staying with family and stated that Mr. Valentin sent money to her to book their flights.

Ms. Valentin reports as instructed and submits monthly status letters to the Court. Ms. Valentin currently has an outstanding restitution balance of $142,455.04; however, she makes consistent payments and regularly pays more than she is ordered to pay per month. To date, Ms. Valentin has paid $59,540.96 towards her total restitution. Ms. Valentin is in full compliance with her conditions of probation; therefore, the U.S. Probation Office does not object to this request.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   KAITLYN R. APICELLI
U.S. Probation Officer Assistant

Prob 12A – page 2
Gloria Valentin

/ kra

APPROVED:

_____  4/24/2025
STEVEN ALFREY                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Travel Approved (as recommended by the Probation Office)

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office

☐ Other

_____
Signature of Judicial Officer

_____
April 28, 2025
Date